**Opinion filed September 17, 2009**



In The

# Eleventh Court of Appeals

—————

## No. 11-09-00174-CV

—————

## WAL-MART STORES, INC. AND WAL-MART PHARMACY, Appellants

## V.

## DAVID JAKOBOT, Appellee

**On Appeal from the 90th District Court**

**Stephens County, Texas**

**Trial Court Cause No. 27,677**

### M E M O R A N D U M   O P I N I O N

David Jakobot has filed in this court a motion to dismiss this appeal on the grounds that a petition for writ of mandamus is the appropriate vehicle to challenge the trial court's ruling. Appellants have filed a response in which both agree with Jakobot. Wal-Mart Stores, Inc. and Wal-Mart Pharmacy have filed a petition for writ of mandamus now pending before this court. The motion is granted, and the appeal is dismissed.

September 17, 2009                                             PER CURIAM

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.